upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The fact that this is an action for negligence is not, in the opinion of this court, a ground for refusing or limiting an examination before trial. (*Middleton* v. *Boardman*, 210 App. Div. 467.) Rich, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents.

JOSEPH TOMPKINS, Appellant, v. ROSE GREENBERG and Another, Respondents. — Order of the County Court of Kings county opening default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

WARREN TRADING CORPORATION, Appellant, v. RUBENFIELD CONSTRUCTION CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

HARRY WEISLER, Respondent, v. THOMAS H. LEWIS, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MARY N. WHITE, Appellant, v. CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. The collector of assessments and arrears was without power to make the assignment of the transfer of the tax lien in question, and there is no competent proof that the comptroller had knowledge of the provision of the judgment directing such assignment. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

GLADYS L. BUTLER, Respondent, v. WALTER K. BUTLER, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

LOUISA D'AURIO and Another, as Administrators, etc., Respondents, v. LONG ISLAND RAILROAD COMPANY, Defendant, Impleaded with THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for stay to enable appellant to apply to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

HELEN GUINAW, as Administratrix, etc., of THOMAS F. GUINAW, Deceased, Respondent, v. LINDLEY M. GARRISON, as Receiver of CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

JOHN J. HEFFERMAN, as Executor and Trustee, etc., Respondent, v. ALBERT H. GREENE, Appellant, Impleaded with Others, Defendants.— Motion to suspend injunction denied. The action should be promptly tried on the merits. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., for the Opening and Extending of Foster Avenue and Avenue D, in the 26th, 29th and 32d Wards of the Borough of Brooklyn, City of New York.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., for the Opening and Extending of Foster Avenue and Avenue D, in the 26th, 29th and 32d Wards of the Borough of Brooklyn, City of New York.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.